UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03325-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Edward J. Davila for consideration of whether the case is related to 5:16-cv-06591-EJD, *Arunachalam v. The United States et al.*

**IT IS SO ORDERED.**

Dated: 6/19/2017

HOWARD R. LLOYD
United States Magistrate Judge